**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CRIMINAL MINUTES - SENTENCING/RESET**

Phoenix Division

CR 12-121-01-PHX-FJM          DATE: 7/2/2012
 Year    Case No.   Dft #

HON: FREDERICK J. MARTONE

USA v. Kyyitan, Ryan Keith
       Last Name    First Name    Middle Name

DEFENDANT:  X Present   __Not Present   X Released   __Custody  __Writ

Deputy Clerk: Kerry Reynolds            Crt Rptr/ECR: Linda Schroeder

U.S. Atty: Thomas Simon for Melissa Karlen    Dft Atty: Roger Margolis (CJA)

Intrptr:_____    Language:_____

---

This is the time set for Sentencing in this matter.

Propriety of the plea agreement and deferral of sentencing is discussed.

The Court accepts the plea agreement and will defer entry of judgment and defer sentencing pursuant to the parties' agreement for a period of 18 months.

   IT IS ORDERED deferring this matter for Sentencing on: January 13, 2014 at 2:00 p.m.

   IT IS FURTHER ORDERED that the defendant will be subject to the supervision of Pretrial Services from now until the sentencing hearing scheduled for January 13, 2014. The defendant will be under the direct supervision of the United States Pretrial Services. The defendant will comply with all the standard conditions of U.S. Pretrial Services as set forth in the release order filed on January 19, 2012 and the following special conditions:

1. You shall submit to and follow a program of supervision as directed by the United States Pretrial Services Office.
2. You shall participate as instructed by the pretrial services officer in a program of substance abuse treatment which may include testing for substance abuse. You shall contribute to the cost of treatment in an amount to be determined by the pretrial services officer.
3. You shall abstain from all use of alcohol or alcoholic beverages.
4. You shall submit your person, property, house, residence, vehicle, papers, computers as defined in 18 U.S.C. 1030(e)(1), other electronic communications or data storage devices or media, or office, to a search conducted by a probation officer. Failure to submit to a search may be grounds for revocation of release. You shall warn any other occupants that the premises may be subject to searches pursuant to this condition.
5. You are prohibited from owning, maintaining or using a firearm.
6. You shall abstain from all use of alcohol or alcoholic beverages and any unlawful substances.

   IT IS FURTHER ORDERED that if a Pretrial Services feels that a search is warranted, the Probation Department shall cooperate with Pretrial Services and conduct the search.

                                                                    Time in court: 26 mins.
(cc by CD: PTS/Prob)